In the Matter of Frederick ATANASIO, Bankrupt; Frederick Atanasio, Appellant.

No. 9181.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 24, 1946.

Decided Nov. 1, 1946.

Adolf L. Engelke, of Jersey City, N. J., for appellant.

George G. Tennant, of Jersey City, N. J., for Samuel W. Silverman, a creditor.

Joseph L. Freiman, of Union City, N. J., for appellee.

Before BIGGS, ALBERT LEE STEPHENS, and KALODNER, Circuit Judges.

PER CURIAM.

The order complained of will be affirmed. The restraining order of July 2, 1946, will be vacated.

Thea·COLVIN, by Her Next Friend, George Colvin, and George Colvin, Appellants, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, a Corporation of the State of Pennsylvania.

No. 9214.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 21, 1946.

Decided Nov. 25, 1946.

Paul Colvin, of Dover, N. J., for appellant.

John A. Laird, of New York City, for appellee.

Before GOODRICH and KALODNER, Circuit Judges, and MADDEN, District Judge.

PER CURIAM.

This was an action for damages based on the defendant's alleged negligence. It was tried to the court without a jury. The issues involved are exclusively those of fact and there is no basis in the evidence for interfering with the conclusion which the Trial Judge has reached. The judgment is, therefore, affirmed.

Dorsey McMAHAN, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Appellee.

No. 11428.

Circuit Court of Appeals, Ninth Circuit.

Dec. 2, 1946.

Dorsey McMahan, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Swihart v. Johnston, 9 Cir., 150 F.2d 721; Garrison v. Johnston, 9 Cir., 151 F.2d 1011; Wilson v. Johnston, 9 Cir., 154 F.2d 111.